NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2010-1217

ERNEST JOYNER,

Petitioner-Appellant,

v.

TERRY O'BRIEN, Warden,

Respondent-Appellee.

Appeal from the United States District Court for the District of Columbia in case no. 09-CV-0913, Judge John D. Bates.

## O R D E R

The court considers whether Ernest Joyner's appeal should be transferred to the United States Court of Appeals for the District of Columbia Circuit.

Joyner appeals from a decision of the United States District Court for the District of Columbia dismissing Joyner's habeas petition for lack of subject matter jurisdiction. This court is a court of limited jurisdiction. 28 U.S.C. § 1295. Based upon a review of the papers submitted, it does not appear that this court has jurisdiction over the appeal. Thus, the appeal should be transmitted to the regional circuit, i.e., the District of Columbia Circuit.

Accordingly,

IT IS ORDERED THAT:

Absent a response received by this court within 14 days of the date of filing of this order, this appeal will be transferred to the United States Court of Appeals for the District of Columbia Circuit pursuant to 28 U.S.C. § 1631.

FOR THE COURT

MAR 0 3 2010
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:   Ernest Joyner
      Jeanne E. Davidson, Esq.
s19

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAR 0 3 2010

JAN HORBALY
CLERK

2010-1217                        2